IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SE PROPERTY HOLDINGS, LLC,**   )<br>    Plaintiff,   )<br>   )<br>v.   )<br>   )<br>**SANDY CREEK II, LLC,** *et al.*,   )<br>    Defendants.   )   | **CIVIL ACTION NO. 12-00303-KD-M** |

**ORDER**

This matter is before the Court on the Suggestion of Bankruptcy (Doc. 50) filed by Defendant George W. Skipper, III, wherein Defendant Skipper has notified the Court that he filed a petition pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Alabama on October 8, 2012 (Case No. 12-3491). The Court's review of the bankruptcy court's docket confirms Defendant Skipper's representations. Pursuant to 11 U.S.C. § 362, this filing operates as an automatic stay of this action against this Defendant.

Accordingly, it is hereby **ORDERED** that all proceedings in this action against Defendant George W. Skipper, III, are **STAYED** pending further Order of this Court.

This stay shall have no effect with respect to the Plaintiff's claims against the remaining Defendants, and this action shall proceed as to those Defendants.

**DONE** and **ORDERED** this the **10th** day of **October 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**