```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

SE PROPERTY HOLDINGS, LLC,
:
    Plaintiff,
:
vs.                             CIVIL ACTION 12-0303-KD-M
:
SANDY CREEK, II, LLC, et al.,
:
    Defendants.

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge (Doc. 52) made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff SE Property Holdings, LLC's Motion to Dismiss Paul Peed and Raymond Peed's Counterclaim (Doc. 39) is **denied in part** and **granted in part** so that the counterclaim for declaratory judgment is not dismissed and the counterclaims for equitable estoppel and promissory estoppel are dismissed with prejudice.

DONE and ORDERED this the 30th day of October, 2012.

                            /s/ Kristi K. DuBose
                            KRISTI K. DuBOSE
                            UNITED STATES DISTRICT JUDGE